Sarah E. Hainer and Roy Hall, Appellants, v. Georgia Rhodes et al., Appellees.

Gen. No. 10,105.

opinion filed April 18, 1947; rehearing denied May 7, 1947; released for publication May 8, 1947. Frank J. Harrison, for appellants; Painter & Hayes, Craig & Craig, Fred H. Kelly, Jack E. Horsley, D. M. Gregg, and Charles W. Helmig, for certain appellees. Opinion by JUSTICE DOVE. Not to be published in full.